**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01012-CV

## PEARL ENERGY INVESTMENT MANAGEMENT, LLC, ET AL., Appellants

## V.

## GRAVITAS RESOURCES CORPORATION, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03007**

## ORDER

Before the Court is appellants' December 5, 2018 joint motion for an extension of time to file their respective reply briefs. We **GRANT** the motion and extend the time to January 16, 2019.

/s/     ADA BROWN
JUSTICE